UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. C.A. 04-364ML

ACCOUNT NUMBER 0036-7317-4629
in the name of White Broadman, et al

**ORDER**

The above captioned case is hereby stayed until November 1, 2005.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
June 23, 2005

ENTERED as an Order of this Court on June 23, 2005.

Barbara Barletta
Deputy Clerk