IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : C.A. No. 04-CV-364-ML

ACCOUNT NUMBER 0036-7317-4629 IN THE NAME OF WHITE BROADMAN; ACCOUNT NUMBER 0036-6099-5426 UP TO THE AMOUNT OF $216,896.76) IN THE NAME OF MIENIK GROUP, INC.; AND ACCOUNT NUMBER 0034-3439-0817 (UP TO THE AMOUNT OF $134,827.31) IN THE NAME OF JAMES AND BARBARA MIENIK, ALL LOCATED AT THE BANK OF AMERICA IN FORT LAUDERDALE, FLORIDA,
Defendants. :

RECEIVED
DEC 15 2005
Property of U.S. District Court
District of Rhode Island

**ORDER**

The stay of the above-captioned matter, originally imposed by this Court on June 23, 2005, is hereby extended up to and including March 15, 2006.

By Order:

Barbara Barletta

Enter:

Mary M. Lisi
MARY M. LISI 12/16/05
United States District Judge