IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
VS. : C.A. No. 04-CV-364-ML
:
ACCOUNT NUMBER 0036-7317-4629 IN THE NAME OF WHITE BROADMAN; ACCOUNT NUMBER 0036-6099-5426 UP TO THE AMOUNT OF $216,896.76) IN THE NAME OF MIENIK GROUP, INC.; AND ACCOUNT NUMBER 0034-3439-0817 (UP TO THE AMOUNT OF $134,827.31) IN THE NAME OF JAMES AND BARBARA MIENIK, ALL LOCATED AT THE BANK OF AMERICA IN FORT LAUDERDALE, FLORIDA, :
Defendants. :

FILED
MAR 06 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**JOINT MOTION TO EXTEND STAY OF PROCEEDINGS**

The parties hereto hereby jointly move this Honorable Court that the stay of these proceedings entered by the Court on December 16, 2005 be further extended to June 30, 2006 for the following reasons:

1. The civil forfeiture proceeding that is the subject of the within complaint is also the subject of a presently ongoing criminal investigation, and the forfeiture allegations made herein will be included in any criminal indictment returned in this matter.

2. Although the criminal investigation has progressed since the last stay extension was entered on December 16, 2005, the prosecutor has advised counsel that an additional three months will be needed for the completion of the investigation.

3. Both parties agree that it is a more efficient use of their time and resources and those of the Court to litigate the forfeiture issues only once and that, for a variety of reasons,

the more appropriate context in which to do so is the criminal proceeding .

WHEREFORE, in light of the foregoing and such other reasons as may be presented to the Court, the parties hereby jointly move that the within matter be stayed until June 30, 2006 by which time it is expected that the related criminal investigation will have been completed.

Respectfully submitted,

Claimants,

By Their Attorneys,

Anthony M. Traini #4793
56 Pine Street-Suite 2
Providence, RI 02903
Tel. (401) 621-4700
Fax (401) 621-5888

Kevin J. Napper
Florida Bar No. 656062
CARLTON FIELDS, P.A.
P.O. BOX 3239
Tampa, FL 33601
Tel. (813) 223-7000
Fax (813) 229-4133

Plaintiff, United States of America

By

Michael P. Iannotti
Assistant U. S. Attorney
U. S. Attorney's Office
The Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903