IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>ACCOUNT NUMBER 0036-7317-4629 IN THE NAME OF WHITE BROADMAN; ACCOUNT NUMBER 0036-6099-5426 (UP TO THE AMOUNT OF $216,896.76) IN THE NAME OF MIENIK GROUP, INC.; AND ACCOUNT NUMBER 0034-3439-0817 (UP TO THE AMOUNT OF $134,827.31) IN THE NAMES OF JAMES AND BARBARA MEINIK, ALL LOCATED AT THE BANK OF AMERICA IN FORT LAUDERDALE, FLORIDA,<br>Defendants | ) | C.A. No. 04-364ML |

STIPULATION FOR DISMISSAL OF CLAIMS

It is hereby stipulated by and between the claimants, White Broadman, Inc., Mienik Group, Inc., James Mienik, and Barbara Mienik, on the one hand, and the plaintiff, the United States of America, on the other, by and through their respective attorneys, as follows:

1. That the claim of White Broadman, Inc. to the defendant, account number [illegible] in the name of White Broadman, located at the Bank of America in Fort Lauderdale, Florida, which was seized on January 7, 2005, and which contained the amount of $135,945, may be dismissed with prejudice.

2. That the claim of Meinik Group, Inc. to the defendant, account number [illegible] (up to the amount OF $216,896.76) in the name of Meinik Group, Inc., located at the Bank of America in Fort Lauderdale, Florida, which was seized on January 7, 2005, and which contained the amount of $52,445.99, may be dismissed with prejudice.

3. That the claim of Meinik Group, Inc. to the defendant, account number (up to the amount OF $216,896.76) in the name of Meinik Group, Inc., located at the Bank of America in Fort Lauderdale, Florida, which was seized on January 7, 2005, and which contained the amount of $52,445.99, may be dismissed with prejudice.

4. That the claims of James Meinik and Barbara Meinik to the defendant, account number up to the amount OF $134,827.31, in the names of James Meinik and Barbara Meinik, located at the Bank of America in Fort Lauderdale, Florida, which was seized on January 7, 2005, and which contained the amount of $16,587.10, may be dismissed with prejudice.

5. That the claimants, White Broadman, Inc., Mienik Group, Inc., James Mienik, and Barbara Mienik, consent to the forfeiture of the defendant accounts to the plaintiff, the United States of America.

Respectfully submitted,

UNITED STATES OF AMERICA
Plaintiff

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MILIND SHAH
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th floor
Providence, RI 02903
401/709-5000

401/709-5017 (fax)
milind.shah@usdoj.gov

WHITE BROADMAN, INC., MEINIK GROUP, INC., JAMES MEINIK, AND BARBARA MEINIK,
Claimants

By their attorneys,

ANTHONY M. TRAINI #4793
56 Pine Street-Suite 2
Providence, RI 02903
Tel. (401) 621-4700
Fax (401) 621-588
amt@atrainilaw.com

KEVIN J. NAPPER
Florida Bar No. 656062
CARLTON FIELDS, P.A.
P.O. BOX 3239
Tampa, FL 33601
Tel. (813) 223-7000
Fax (813) 229-4133

ENTER:

MARY M. LISI 2/29/08
CHIEF JUDGE
UNITED STATES DISTRICT COURT