IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

Plaintiff

v.

ACCOUNT NUMBER 0036-7317-4629 IN THE NAME OF WHITE BROADMAN; ACCOUNT NUMBER 0036-6099-5426 (UP TO THE AMOUNT OF $216,896.76) IN THE NAME OF MIENIK GROUP, INC.; AND ACCOUNT NUMBER 0034-3439-0817 (UP TO THE AMOUNT OF $134,827.31) IN THE NAMES OF JAMES AND BARBARA MEINIK, ALL LOCATED AT THE BANK OF AMERICA IN FORT LAUDERDALE, FLORIDA

Defendants

C.A. No. 04-364ML

**MOTION OF FORFEITURE OF PROPERTY AND FINAL JUDGMENT**

Plaintiff United States of America respectfully moves for entry of a final order of judgment and decree of forfeiture in the form attached as Exhibit A. As set forth below, notice has already been published and there are no claimants – as all claimants have by stipulation withdrawn their claims – and accordingly, forfeiture of the above-captioned defendants to the United States is proper and just.

Plaintiff submits the following additional information, based on which there is, the United States respectfully submits, no reason why judgment should not be entered forfeiting the defendants to the United States of America:

1. On August 24, 2004, the United States filed a Complaint for Forfeiture in Rem initiating the above-captioned matter. *See* Docket Entry 1 (Complaint). The Court issued a warrant authorizing the arrest of the above-captioned properties, and under the warrant, the Bank of America released to the United States Marshals Service three checks in the following amounts

pursuant to the warrant: $135,945.08 (from Defendant Acc. No. 0036-7317-4629), $52,445.99 (from Defendant Acc. No. 0036-6099-5426), and $16,587.10 (from Defendant Acc. No. 0034-3439-0817).

2. On October 5th, 12th, and 19th, all in 2004, the United States had notice of this forfeiture action published in the Broward Daily Review – all in accordance with the requirements of Rule G of the Federal Rules of Civil Procedure. *See* Docket Entry No. 5 (Process Receipt and Return as to Notice).

3. On February 29, 2008, Plaintiff United States and the sole claimants in this action – White Broadman, Inc, Mienik Group, Inc., James Mienik, and Barbara Mienik – entered into a Stipulation of Dismissal of Claims under which each of the claimants withdrew their claims and consented to forfeiture of the defendant funds set forth in paragraph 1 above. *See* Docket Entry No. 22 (Stipulation of Dismissal of Claims).

4. Aside from White Broadman, Inc, Mienik Group, Inc., James Mienik, and Barbara Mienik, no other person or entity has filed a claim in this matter or otherwise attempted to plead or defend in the above-captioned matter.

Respectfully submitted,
UNITED STATE OF AMERICA
By its attorneys,
ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah
Milind M. Shah
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000; 401-709-5001 fax
Email: milind.shah@usdoj.gov

Dated: June 19, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2008, I electronically filed the within Motion, including Exhibit A, with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. Electronic copies of this filing were made available to Anthony M. Traini and Kevin Napper, counsel for White Broadman, Inc., Mienik Group, Inc., and James and Barbara Mienik.

/s/ Milind M. Shah
Milind M. Shah
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 fax
Email: milind.shah@usdoj.gov

Dated: June 19, 2008