IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

Plaintiff

v.

C.A. No. 04-364ML

ACCOUNT NUMBER 0036-7317-4629 IN THE NAME OF WHITE BROADMAN; ACCOUNT NUMBER 0036-6099-5426 (UP TO THE AMOUNT OF $216,896.76) IN THE NAME OF MIENIK GROUP, INC.; AND ACCOUNT NUMBER 0034-3439-0817 (UP TO THE AMOUNT OF $134,827.31) IN THE NAMES OF JAMES AND BARBARA MEINIK, ALL LOCATED AT THE BANK OF AMERICA IN FORT LAUDERDALE, FLORIDA

Defendants

**ORDER**

The claims of White Broadman, Inc, Mienik Group, Inc., James Mienik, and Barbara Mienik (collectively "Claimants") having been dismissed by stipulation between Plaintiff United States and Claimants, notice of forfeiture having been published as required under Supplemental Rule G of the Federal Rules of Civil Procedure, and no other claim to defendants having been filed; it is hereby ORDERED that the funds seized from the above captioned defendants – $135,945.08 (from Defendant Acc. No. 0036-7317-4629), $52,445.99 (from Defendant Acc. No. 0036-6099-5426), and $16,587.10 (from Defendant Acc. No. 0034-3439-0817) – are hereby forfeited and condemned to Plaintiff United States of America and all right, title, and interest in those funds is hereby vested in the United States of America. It is further ORDERED that the

aforementioned funds shall be disposed of according to law and the United States Marshal is authorized and ordered to dispose of the funds according to law.

BY ORDER:

Barbara Barletta

ENTER:

Mary M. Lisi
MARY M. LISI
Chief Judge June 20, 2008